1148

No. 95–6211. Duncan v. Louisiana. Ct. App. La., 4th Cir. Certiorari denied.

No. 95–6555. Sanchez v. United States. C. A. 2d Cir. Certiorari denied.

No. 95–6575. Johnson v. United States. C. A. 10th Cir. Certiorari denied.

No. 95–6612. Lundis v. United States. C. A. 3d Cir. Certiorari denied.

No. 95–6869. Mogensen v. United States. C. A. 7th Cir. Certiorari denied.

No. 95–6894. Lisenbee v. United States. C. A. 11th Cir. Certiorari denied.

No. 95–6941. Jacobs v. United States. C. A. 8th Cir. Certiorari denied.

No. 95–7002. Alston v. North Carolina. Sup. Ct. N. C. Certiorari denied.

No. 95–7065. Crowe v. Georgia. Sup. Ct. Ga. Certiorari denied.

No. 95–7258. Whittlesey v. Maryland. Ct. App. Md. Certiorari denied.

No. 95–7270. Purdy v. Superior Court of Arizona, Navajo County, et al. Ct. App. Ariz. Certiorari denied.

No. 95–7272. Roberson v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 95–7275. Stokes v. Kiethly et al. C. A. 9th Cir. Certiorari denied.

No. 95–7280. Sikora v. Doe et al. C. A. 8th Cir. Certiorari denied.

No. 95–7282. Smith v. Keohane, Warden, et al. C. A. 7th Cir. Certiorari denied.